# Court of Appeals
# of the State of Georgia

ATLANTA,___June 28, 2012___

*The Court of Appeals hereby passes the following order:*

**A12A2090.  DANIEL A. SPOTTSVILLE v. THE STATE.**

Daniel A. Spottsville was convicted of child molestation in 1998.  We affirmed his conviction in an unpublished opinion.  See *Spottsville v. State*, Case No. A03A0007 (decided February 4, 2003).  Spottsville filed a "Motion to Set Aside Judgment as Void," which the trial court dismissed on July 27, 2010.  Spottsville appealed the trial court's order to this Court, and we dismissed his appeal as untimely on September 17, 2010.  In April of 2012, Spottsville filed his "Plaintiff's Affidavit for Renewal of Action in Forma Pauperis," in which he argued that pursuant to OCGA § 9-2-63, he is entitled to renew his action.  The trial court denied the motion, and Spottsville appealed.  We lack jurisdiction.

In construing Spottsville's motion, we look to the substance of the motion rather than its nomenclature. See *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010) (in pleadings, substance controls over nomenclature).  Here, Spottsville is arguing that his case should be reopened because his conviction is void for lack of jurisdiction.[1]  "[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (686 SE2d 786) (2009).  Any appeal from an order denying such a motion must be dismissed. See id.; *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010).  Accordingly, Spottsville's appeal is hereby DISMISSED for lack of jurisdiction.

_____

[1] Spottsville cites OCGA § 9-2-63 for the contention that he is entitled to renew his action, but that statute, which governs the affidavit of indigence required for a renewal of a civil action, does not apply here.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/28/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*